760            NEBRASKA REPORTS.            [VOL. 54

Staples v. Arlington State Bank.      Kelsey v. Klabunde.

EDWARD T. STAPLES ET AL. V. ARLINGTON STATE BANK.

FILED APRIL 21, 1898.   NO. 8035.

Continuance: EXCEPTION TO RULING: REVIEW.  To review an order
    denying a continuance it is necessary to take an exception to the
    ruling in the trial court.

ERROR from the district court of Washington county.
Tried below before KEYSOR, J.  *Affirmed.*

*Davis & Howell,* for plaintiffs in error.

*W. S. Cook* and *Frick & Dolezal, contra.*

IRVINE, C.

The plaintiffs in error complain in their briefs of only
one ruling of the district court—the overruling of an
application for a continuance.  No exception was taken
to the order complained of and it cannot, therefore, be
reviewed.  (*Coad v. Home Cattle Co.,* 32 Neb. 761.)

AFFIRMED.